USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
WORLD CHESS US, INC. and WORLD       :
CHESS EVENTS LTD.,                   :
                                     :   16 Civ. 8629 (VM)
                 Plaintiffs,         :
                                     :   **ORDER**
    -  against  -                    :
                                     :
CHESSGAMES SERVICES LLC, E-LEARNING: :
LTD., and LOGICAL THINKING LTD.,     :
                                     :
                 Defendants.         :
------------------------------------X
**VICTOR MARRERO, United States District Judge.**

For the reasons stated by the Court on the record at the hearing on Plaintiffs World Chess US, Inc.'s and World Chess Events Ltd.'s (collectively, "World Chess") application for a temporary restraining order and preliminary injunctive relief prohibiting defendants Chessgames Services LLC ("Chessgames"), E-Learning Ltd. ("E-Learning"), and Logical Thinking Ltd. (together with E-Learning, "Chess24") (collectively, "Defendants") from republishing the updates of each game at the World Chess Championship ("Championship") while the game is in progress ("Motion," on file with chambers), World Chess's request for a preliminary injunction is **DENIED**.

A  Decision  and  Order  stating  the  Court's  findings,
reasoning, and conclusions will be issued subsequently.


**SO ORDERED**.

Dated:     New York, New York
           10 November 2016

                                        Victor Marrero
                                          U.S.D.J.